# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2014

## NO. 03-13-00606-CV

**Anthony Craig Easley, Appellant**

**v.**

**Caroline Boyd Easley and Evelyn Kirk Boyd Shaw, Appellees**

---

**APPEAL FROM 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

---

This is an appeal from the judgment signed by the trial court on July 19, 2013. Having reviewed the record, the Court holds that Anthony Craig Easley has not prosecuted his appeal and did not comply with the notice from the clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.